UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE EVOQUA WATER TECHNOLOGIES CORP. SECURITIES LITIGATION | Case 1:18-cv-10320-AJN |

**UNDERWRITER DEFENDANTS' JOINDER
IN THE EVOQUA DEFENDANTS' MOTION TO DISMISS**

Defendants Credit Suisse Securities (USA) LLC, J.P. Morgan Securities LLC, RBC Capital Markets, LLC, Citigroup Global Markets Inc., Goldman Sachs & Co. LLC, Morgan Stanley & Co. LLC, Robert W. Baird & Co. Incorporated, Raymond James & Associates, Inc., Stifel, Nicolaus & Company, Incorporated, Wells Fargo Securities, LLC, and Cowen and Company, LLC (collectively, the "Underwriter Defendants") join in the Evoqua Defendants'[1] Motion to Dismiss the Consolidated Class Action Complaint (Dkt. No. 67) and Memorandum of Law in Support of the Evoqua Defendants' Motion to Dismiss (Dkt. No. 68) (the "Memorandum of Law"), with respect to the claims asserted against the Underwriter Defendants (those under Sections 11 and 12(a)(2) of the Securities Act of 1933), and respectfully request that the Court dismiss the claims against the Underwriter Defendants with prejudice.

---

[1] Defendant Evoqua Water Technologies Corp., along with defendants Ronald C. Keating, Benedict J. Stas, Anthony Webster, Martin Lamb, Nick Bhambri, Gary Cappeline, Judd Gregg, Brian R. Hoesterey, Vinay Kumar, and Peter M. Wilver, as well as Defendant Kenneth Rodi, are collectively referred to herein as the "Evoqua Defendants."

Dated: New York, New York
       June 26, 2019

Respectfully submitted,

/s/ Agnès Dunogué

Agnès Dunogué
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, New York 10022-6069
Telephone: (212) 848-4000
Facsimile: (212) 848-7179
agnes.dunogue@shearman.com

*Attorneys for Defendants Citigroup Global Markets Inc., Cowen and Company, LLC, Credit Suisse Securities (USA) LLC, Goldman Sachs & Co. LLC, J.P. Morgan Securities LLC, Morgan Stanley & Co. LLC, RBC Capital Markets, LLC, Robert W. Baird & Co. Incorporated, Raymond James & Associates, Inc., Stifel, Nicolaus & Company, Incorporated, and Wells Fargo Securities, LLC*