# BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

ATTORNEYS AT LAW

NEW YORK • CALIFORNIA • ILLINOIS • LOUISIANA

JEREMY P. ROBINSON
Jeremy@blbglaw.com
(212) 554-1492

March 16, 2021

**Via ECF**

Hon. John P. Cronan
United States District Court
for the Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *In re Evoqua Water Tech. Corp. Sec. Litig.*, No. 1:18-cv-10320-JPC

Dear Judge Cronan:

      We represent Plaintiffs in the above-captioned action and write on behalf of all parties to jointly seek a brief thirteen-day extension of Plaintiffs' March 19, 2021 deadline to file reply papers in further support of Plaintiffs' class-certification motion to April 1, 2021. The proposed extension does not affect any other deadlines in the Amended Civil Case Management Plan and Scheduling Order (ECF No. 102), as further modified on January 22, 2021 (ECF No. 117).

      The parties seek the extension to provide adequate time to schedule and for Plaintiffs to take the deposition of Jack R. Wiener, whose expert report Defendants submitted in support of their opposition to Plaintiffs' motion for class certification. The parties have been working collaboratively and in good faith to identify a mutually convenient date for the deposition and have agreed on March 25, 2021, subject to an extension of Plaintiffs' current reply deadline of March 19, 2021 to April 1, 2021.

      The current and proposed revised dates for the affected task are as follows:

| **Current Date/Deadline** | **New Date/Deadline** | **Task** |
|---|---|---|
| March 19, 2021 | April 1, 2021 | Plaintiffs shall file reply papers in further support of their motion for class certification |

      Plaintiffs respectfully request that the Court grant the brief extension requested above, to which all parties have consented. This extension request will not impact any other deadlines in the Action. In addition, the parties note that they will be providing a joint status report to the Court on the progress and status of the Action on March 26, 2021. *See* ECF No. 117.

The Honorable John P. Cronan
March 16, 2021
Page 2

Respectfully submitted,

*/s/ Jeremy Robinson*
Jeremy P. Robinson

cc: All Parties of Record

This request is granted. Plaintiffs shall file any reply by April 1, 2021.

SO ORDERED.

Date: March 16, 2021
     New York, New York

JOHN P. CRONAN
United States District Judge