**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| IN RE EVOQUA WATER TECHNOLOGIES CORP. SECURITIES LITIGATION | Master File No. 1:18-cv-10320-JPC<br><br>**JOINT STATUS REPORT** |
|---|---|

Pursuant to the Court's Amended Civil Case Management Plan and Scheduling Order, dated September 8, 2020 (the "Order"), Lead Plaintiffs City of Omaha Police and Fire Retirement System and Louisiana Sheriffs' Pension & Relief Fund, Defendant Evoqua Water Technologies Corp., the Executive and Director Defendants, the AEA Defendants, and the Underwriter Defendants respectfully submit this joint status report.

Further to the last joint status report, the parties are making progress in document discovery and are continuing to meet and confer in good faith. The parties have met and conferred on numerous occasions, both with all parties participating and bilaterally between Lead Plaintiffs and each of the three groups of Defendants (Evoqua and the Executive and Director Defendants, the Underwriter Defendants, and the AEA Defendants). The parties have resolved numerous disputes concerning the scope of document discovery without the need for motion practice, while reserving their rights to revisit negotiated issues, if appropriate, based on the course of discovery. The Evoqua Defendants have represented that they have substantially completed production of emails, and are well along in the production of other documents, from the sixteen "priority" custodians and are also progressing in the production of documents from other custodians. Both the Underwriter and AEA Defendants have represented that they have substantially completed their document productions. Lead Plaintiffs have substantially completed their document productions.

As discovery continues, the parties will continue to work together and meet and confer in good faith, and will advise the Court of any requests for adjustments to the schedule, as necessary. Additionally, on March 19, 2021, a mediation was conducted under the auspices of Gregory Danilow, Esq. The parties have not resolved the litigation, though discussions are continuing.

In the absence of any current discovery disputes that require resolution by the Court, the parties respectfully submit that a status conference with the Court is not necessary at this time.

Dated: March 26, 2021

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

*/s/ William C. Fredericks*

William C. Fredericks (WF-1576)
Donald A. Broggi (DB-9661)
Randy Moonan (RM-3338)
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
wfredericks@scott-scott.com
dbroggi@scott-scott.com
rmoonan@scott-scott.com

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

*/s/ Jeremy P. Robinson*

Jeremy P. Robinson
Hannah Ross
Jai K. Chandrasekhar
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
hannah@blbglaw.com
jeremy@blbglaw.com
jai@blbglaw.com

*Co-Lead Counsel for Lead Plaintiffs and the Proposed Class*

Robert D. Klausner
Stuart A. Kaufman
**KLAUSNER, KAUFMAN, JENSEN & LEVINSON, P.A.**
7080 Northwest 4th Street
Plantation, FL 33317
Telephone: (954) 916-1202
Facsimile: (954) 916-1232
bob@robertdklausner.com
stu@robertdklausner.com

*Additional Counsel for Lead Plaintiff Louisiana Sheriffs' Pension & Relief Fund*

**FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**

*/s/ Peter Simmons*
Scott Brian Luftglass
Peter L. Simmons
Samuel Pianko Groner
One New York Plaza
New York, NY 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000
scott.luftglass@friedfrank.com
peter.simmons@friedfrank,com
samuel.groner@friedfrank.com

*Counsel for Defendants Evoqua Water Technologies Corp., Ronald C. Keating, Benedict J. Stas, Anthony Webster, Martin Lamb, Nick Bhambri, Gary Cappeline, Judd Gregg, Brian R. Hoesterey, Vinay Kumar, and Peter M. Wilver*

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

*/s/ Audra J. Soloway*
Audra J. Soloway
Brady M. Sullivan
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990

asoloway@paulweiss.com
bmsullivan@paulweiss.com

*Counsel for Defendants AEA Investors LP, AEA EWT Holdings LP, AEA EWT Holdings GP LLC, AEA Investors Fund V LP, AEA Investors Participant Fund V LP, AEA Investors QP Participant Fund V LP, AEA Investors Fund V-A LP, AEA Investors Fund V-B LP, AEA Investors PF V LLC, AEA Investors Partners V LP, and AEA Management (Cayman) Ltd.*

**SHEARMAN & STERLING LLP**

*/s/ Agnes Dunogué*
Agnès Dunogué
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-5257
Facsimile: (646) 848-4000
agnes.dunogue@shearman.com

*Counsel for Defendants Citigroup Global Markets Inc., Cowen and Company, LLC, Credit Suisse Securities (USA) LLC, Goldman Sachs & Co. LLC, J.P. Morgan Securities LLC, Morgan Stanley & Co. LLC, Raymond James & Associates, Inc., RBC Capital Markets, LLC, Robert W. Baird & Co. Incorporated, Stifel, Nicolaus & Company, Incorporated, and Wells Fargo Securities, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

*s/* William C. Fredericks
William C. Fredericks