**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE EVOQUA WATER TECHNOLOGIES CORP. SECURITIES LITIGATION | Master File No. 1:18-cv-10320-JPC |

**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION
FOR PRELIMINARY APPROVAL OF SETTLEMENT AND
APPROVAL OF NOTICE TO THE SETTLEMENT CLASS**

TO:   All Counsel of Record

PLEASE TAKE NOTICE that based on the Stipulation and Agreement of Settlement dated May 28, 2021 (the "Stipulation"), attached hereto as Exhibit 1; the accompanying memorandum of law; and all other papers and proceedings herein, Lead Plaintiffs Louisiana Sheriffs' Pension & Relief Fund ("Louisiana Sheriffs") and City of Omaha Police & Fire Retirement System ("Omaha P&F"), together with additional proposed class representative City of Hallandale Beach Police Officers' & Firefighters' Personnel Retirement Trust ("Hallandale P&F" and, together with Lead Plaintiffs, "Plaintiffs") hereby move this Court, under Rule 23(e)(1) of the Federal Rules of Civil Procedure, for preliminary approval of the proposed Settlement so that notice may be provided to the Settlement Class.  Specifically, Plaintiffs respectfully request that the Court enter an order: (i) preliminarily approving the proposed Settlement; (ii) approving the form and manner of providing notice to the Settlement Class Members; and (iii) scheduling a hearing to consider final approval of the Settlement and approval of the Plan of Allocation and Lead Counsel's motion for

attorneys' fees and expenses.[1]  The Parties' agreed-upon [Proposed] Order Preliminarily Approving Settlement and Providing for Notice is submitted with this motion.  In accordance with the terms of the Stipulation, Defendants do not oppose the Motion and Plaintiffs believe that the Motion is appropriate for resolution without a hearing.

| | |
|---|---|
| Dated:  June 1, 2021 | Respectfully submitted, |
| | BERNSTEIN LITOWITZ BERGER   & GROSSMANN LLP |
| | */s/ Jeremy P. Robinson* |
| | John C. Browne |
| | Jeremy P. Robinson |
| | 1251 Avenue of the Americas, 44th Fl. |
| | New York, NY 10020 |
| | Telephone: (212) 554-1400 |
| | Facsimile: (212) 554-1444 |
| | johnb@blbglaw.com |
| | jeremy@blbglaw.com |
| | |
| | SCOTT+SCOTT ATTORNEYS AT LAW LLP |
| | */s/ William C. Fredericks* |
| | David R. Scott |
| | William C. Fredericks |
| | The Helmsley Building |
| | 230 Park Ave, 17th Floor |
| | New York, NY 10169 |
| | Telephone: (212) 223-6444 |
| | Facsimile:  (212) 223-6334 |
| | david.scott@scott-scott.com |
| | wfredericks@scott-scott.com |
| | |
| | *Counsel for Plaintiffs and Lead Counsel for the Settlement Class* |

---

[1] All capitalized terms used herein that are not otherwise defined herein have the meanings ascribed to them in the Stipulation.

                                            KLAUSNER, KAUFMAN, JENSEN
                                                & LEVINSON, P.A.
Robert D. Klausner
Stuart A. Kaufman
7080 Northwest 4th Street
Plantation, FL 33317
Telephone: (954) 916-1202
Facsimile: (954) 916-1232
bob@robertdklausner.com
stu@robertdklausner.com

*Additional Counsel for Plaintiffs Louisiana Sheriffs and Hallandale P&F*

#3028360