UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
:
:
:
IN RE EVOQUA WATER TECHNOLOGIES CORP. :          18-CV-10320 (JPC)
SECURITIES LITIGATION                               :                  ORDER
:
:
:
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On June 1, 2021, Plaintiffs informed the Court that the parties have agreed to settle this action. *See* Dkt. 132. In light of this, Plaintiffs' motion for class certification and appointment of class representatives and class counsel, Dkt. 108, and Defendants' letter motion for leave to file a sur-reply memorandum in opposition to Plaintiffs' motion, Dkt. 130, are denied as moot without prejudice to refiling these motions in the event that the Court does not approve the proposed settlement.

The Clerk of Court is respectfully directed to terminate the motions pending at Docket Numbers 108 and 130.

SO ORDERED.

Dated: July 8, 2021
    New York, New York                    _____
                                                                JOHN P. CRONAN
                                                         United States District Judge