UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE EVOQUA WATER TECHNOLOGIES
CORP. SECURITIES LITIGATION

Master File No. 1:18-cv-10320-JPC

### NOTICE OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION

TO: All Counsel of Record

PLEASE TAKE NOTICE that in accordance with Federal Rule of Civil Procedure 23(e) and this Court's Order Preliminarily Approving Settlement and Providing for Notice dated July 8, 2021, Lead Plaintiffs Louisiana Sheriffs' Pension & Relief Fund and City of Omaha Police & Fire Retirement System, together with additional proposed class representative City of Hallandale Beach Police Officers' & Firefighters' Personnel Retirement Trust (collectively, "Plaintiffs"), on behalf of themselves and the Settlement Class, will and do hereby move this Court, before the Honorable John P. Cronan, on November 1, 2021 at 11:00 a.m., for entry of a Judgment approving the Settlement as fair, reasonable, and adequate and for entry of an Order approving the proposed Plan of Allocation as fair, reasonable, and adequate.  This motion is based on (i) the Joint Declaration of Jeremy P. Robinson and William C. Fredericks in Support of (A) Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation and (B) Lead Counsel's Motion for Attorneys' Fees and Litigation Expenses; (ii) the Memorandum of Law in Support of Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation; and (iii) all other papers and proceedings herein.  A proposed Judgment and an Order granting the requested relief will be submitted with Plaintiffs' reply

papers after the deadlines for objecting to the Settlement and requesting exclusion from the Settlement Class have passed.

Dated:  September 27, 2021

Respectfully submitted,

BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP

*/s/ Jeremy P. Robinson*

John C. Browne
Jeremy P. Robinson
Jai Chandrashekar
Christopher M. Miles
1251 Avenue of the Americas, 44th Fl.
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
johnb@blbglaw.com
jeremy@blbglaw.com
jai@blbglaw.com
Christopher.Miles@blbglaw.com


SCOTT+SCOTT ATTORNEYS AT LAW
  LLP

*/s/ William C. Fredericks*

David R. Scott
William C. Fredericks
Randy Moonan
The Helmsley Building
230 Park Ave, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile:  (212) 223-6334
david.scott@scott-scott.com
wfredericks@scott-scott.com
rmoonan@scott-scott.com

*Counsel for Plaintiffs and Lead Counsel for the Settlement Class*

KLAUSNER, KAUFMAN, JENSEN
   & LEVINSON, P.A.
Robert D. Klausner
Stuart A. Kaufman
7080 Northwest 4th Street
Plantation, FL 33317
Telephone: (954) 916-1202
Facsimile: (954) 916-1232
bob@robertdklausner.com
stu@robertdklausner.com

*Additional Counsel for Lead Plaintiff Louisiana Sheriffs and Additional Proposed Class Representative Hallandale P&F*

#3055085

3