UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE EVOQUA WATER TECHNOLOGIES CORP. SECURITIES LITIGATION

Master File No. 1:18-cv-10320-JPC

**NOTICE OF LEAD COUNSEL'S MOTION FOR
ATTORNEYS' FEES AND LITIGATION EXPENSES**

TO:   All Counsel of Record

PLEASE TAKE NOTICE that in accordance with Federal Rules of Civil Procedure 23(e) and 23(h) and this Court's Order Preliminarily Approving Settlement and Providing for Notice dated July 8, 2021, Lead Counsel will and does hereby move this Court, before the Honorable John P. Cronan, on November 1, 2021 at 11:00 a.m., for entry of an Order awarding attorneys' fees and litigation expenses.  The motion is based on (i) the Joint Declaration of Jeremy P. Robinson and William C. Fredericks in Support of (A) Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation and (B) Lead Counsel's Motion for Attorneys' Fees and Litigation Expenses; (ii) the Memorandum of Law in Support of Lead Counsel's Motion for Attorneys' Fees and Litigation Expenses; and (iii) all other papers and proceedings herein.  A proposed Order granting the requested relief will be submitted with Lead Counsel's reply papers after the deadline for objecting to the motion has passed.

Dated: September 27, 2021

Respectfully submitted,

BERNSTEIN LITOWITZ BERGER
  & GROSSMANN LLP

*/s/ Jeremy P. Robinson*
John C. Browne
Jeremy P. Robinson
Jai Chandrashekar
Christopher M. Miles
1251 Avenue of the Americas, 44th Fl.
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
johnb@blbglaw.com
jeremy@blbglaw.com
jai@blbglaw.com
Christopher.Miles@blbglaw.com

SCOTT+SCOTT ATTORNEYS AT LAW
  LLP

*/s/ William C. Fredericks*
David R. Scott
William C. Fredericks
Randy Moonan
The Helmsley Building
230 Park Ave, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile:  (212) 223-6334
david.scott@scott-scott.com
wfredericks@scott-scott.com
rmoonan@scott-scott.com

*Counsel for Plaintiffs and Lead Counsel for the Settlement Class*

KLAUSNER, KAUFMAN, JENSEN
   & LEVINSON, P.A.
Robert D. Klausner
Stuart A. Kaufman
7080 Northwest 4th Street
Plantation, FL 33317
Telephone: (954) 916-1202
Facsimile: (954) 916-1232
bob@robertdklausner.com
stu@robertdklausner.com

*Additional Counsel for Lead Plaintiff Louisiana Sheriffs and Additional Proposed Class Representative Hallandale P&F*

#3055093