UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE EVOQUA WATER TECHNOLOGIES CORP. SECURITIES LITIGATION | Case No. 1:18-cv-10320-JPC |

**Notice and [Proposed] Order for Withdrawal of Counsel**

PLEASE TAKE NOTICE that, upon the annexed declaration of Brady M. Sullivan, and subject to the approval of the Court, Brady M. Sullivan hereby withdraws as counsel for defendants AEA Investors LP, AEA EWT Holdings LP, AEA EWT Holdings GP LLC, AEA Investors Fund V LP, AEA Investors Participant Fund V LP, AEA Investors QP Participant Fund V LP, AEA Investors Fund V-A LP, AEA Investors Fund V-B LP, AEA Investors PF V LLC, AEA Investors Partners V LP, and AEA Management (Cayman) Ltd. (the "AEA Defendants") and shall be removed from the Case Management/Electronic Case Files (CM/ECF) notification list in the above-captioned action. Audra J. Soloway of Paul, Weiss, Rifkind, Wharton & Garrison LLP will continue to represent the AEA Defendants in this proceeding.

DATED: New York New York
November 12, 2021

/s/ Brady M. Sullivan
Brady M. Sullivan
1285 Avenue of the Americas
New York, NY 10019
Tel: 212-373-3000
bmsullivan@paulweiss.com

DATED: New York, New York
November 15, 2021

SO ORDERED:

John P. Cronan
United States District Judge